

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-02118-DUTY |
| MARTA SPERANTA STOICAN | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Friday, April 18,</u>, <u>2025</u>, at <u>2:00</u> ☐ a.m. / ☒ p.m. before the Honorable <u>Autumn D. Spaeth</u>, in Courtroom <u>6B</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: <u>04/17/2025</u>

Autumn D. Spaeth, U.S. Magistrate Judge